STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

JASON KLEINWAKS (NYBN 5335013 / DCBN 1049058)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6924
    FAX: (415) 436-7234
    jason.kleinwaks@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.: 5:21-mj-70146-MAG |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME UNDER RULE 5.1 AND THE SPEEDY TRIAL ACT [18 U.S.C. § 3161(h)(7)(A) AND (h)(7)(B)(iv)] |
| v. | |
| KELMAN DE LA CRUZ PEDROZA, | |
| Defendant. | |

The United States and defendant hereby stipulate that the preliminary hearing scheduled for June 28, 2021, should be continued to August 12, 2021, at 1:00 p.m., and that time from June 28, 2021, through and including August 12, 2021, should be excluded from the period of time within which to conduct a preliminary hearing. Defense counsel continues to review discovery produced and to conduct an independent investigation. The parties further stipulate that the time from June 28, 2021, through and including August 12, 2021, should be excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act because a failure to do so would unreasonably

1

deny the defendant the reasonable time necessary for effective preparation. Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interest of the public and the defendant in a speedy trial.

The parties also stipulate that the date by which an indictment or information must be filed be extended to September 11, 2021, which is approximately 30 days after August 12, 2021.

Defendant Kelman De La Cruz Pedroza has been advised of this request and specifically consents to exclusion of time from June 28, 2021, through and including August 12, 2021, from the period of time within which to conduct a preliminary hearing in this matter, and to the extension of the date by which an indictment or information must be filed to September 11, 2021.

Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

DATED: June 24, 2021

/s/
JASON KLEINWAKS
Assistant United States Attorney

DATED: June 24, 2021

/s/
KAREN MCCONVILLE
Counsel for Kelman De La Cruz Pedroza

**ORDER**

Based upon the representations made in the parties' stipulation above and for good cause shown, the Court makes the following findings:

1. There is good cause for excluding time from June 28, 2021, through and including August 12, 2021, from the period of time within which to conduct a preliminary hearing in this matter under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an Indictment under the Speedy Trial Act to September 11, 2021;

2. The defendant has specifically consented to the exclusion of such periods;

3. Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

4. The ends of justice served by excluding the time from June 28, 2021, through and including August 12, 2021, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases.

Having made these findings,

IT IS HEREBY ORDERED that the preliminary hearing scheduled for June 28, 2021 is continued to August 12, 2021 at 1:00 p.m. Additionally, the Court orders that time from June 28, 2021, through and including August 12, 2021, is excluded from the period of time within which to conduct a preliminary hearing. It is further ordered that the time by which any information or indictment must be filed is extended September 11, 2021. The Court excludes the time from June 28, 2021, through and including August 12, 2021, from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

**IT IS SO ORDERED** this 24th day of June 2021.



_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

1